RECEIVED
Mail Room

APR – 1 2013

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED

APR – 1 2013

CLERK

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | **No. 13-1104** |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY and ) | |
| ROBERT PERCIASEPE, Acting ) | |
| Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| *Respondents*. ) | |

ORIGINAL

## PETITION FOR REVIEW

Pursuant to Clean Air Act § 307(b)(1), 42 U.S.C. §7607(b)(1), Rule 15 of the Federal Rules of Appellate Procedure, and Circuit Rule 15, Conservation Law Foundation hereby petitions this Court for review of the final action taken by Respondents at 78 Fed. Reg. 6,674 (Jan. 30, 2013) and titled "National Emission Standards for Hazardous Air Pollutants for Reciprocating Internal Combustion Engines; New Source Performance Standards for Stationary Internal Combustion Engines."

Respectfully submitted,

Christopher Kilian
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992


DATED: March 28, 2013

*Counsel for Conservation Law Foundation*



# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

CONSERVATION LAW FOUNDATION, )
)
    *Petitioner,* )
)
    v. )
)
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY and )
ROBERT PERCIASEPE, Acting )
Administrator, United States )
Environmental Protection Agency, )
)
    *Respondents.* )
_____ )

No.   **13-1104**

## PETITIONER'S RULE 26.1 DISCLOSURE STATEMENT

Conservation Law Foundation, Inc. ("CLF"), a nongovernmental corporate

entity seeking to participate as *amicus curiae* in the above-captioned proceeding,

has nothing to disclose pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1.

CLF has no parent corporation. Nor is it a corporation in which any person or

entity owns stock.

Respectfully submitted,

Christopher Kilian
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992


DATED: March 28, 2013

*Counsel for Conservation Law Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **Petition for Review and Petitioner's Rule 26.1 Disclosure Statement**, on respondents by sending a copy via First Class Mail to each of the following addresses on the 28th day of March, 2013.

Robert Perciasepe
EPA Headquarters 1101A
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Eric H. Holder
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Christopher Kilian
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602

(802) 223-5992