# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1104**　　　　　　　　　　　　　　　　**September Term, 2012**

**EPA-78FR6674**

**Filed On: April 3, 2013** [1428689]

Conservation Law Foundation,

　　　　Petitioner

　　v.

Environmental Protection Agency and
Robert Perciasepe, Acting Administrator,
U.S. Environmental Protection Agency,

　　　　Respondents

## **N O T I C E**

　　This case was docketed on April 1, 2013. The Environmental Protection Agency is hereby notified that the attached is a true copy of the petition for review, which was filed on April 1, 2013, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

　　The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Ken R. Meadows
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment:
　　Certified Copy of Petition for Review