# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-1093** | **September Term, 2012** |
| | **EPA-78FR6674** |
| | **Filed On: April 3, 2013** [1428691] |

State of Delaware, Department of Natural Resources & Environmental Control,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 13-1095, 13-1102, 13-1104

## O R D E R

It is **ORDERED**, on the court's own motion, that case No. 13-1104 be consolidated with 13-1093, et al. Petitioner in case No. 13-1104 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 3, 2013 |
| Statement of Issues to be Raised | May 3, 2013 |

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk
BY:   /s/
                      Ken R. Meadows
                      Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form